AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Synovus Bank | ) |
| *Plaintiff/Counter-Defendant* | ) |
| v. | ) Civil Action No.  0:19-00120-JMC |
| Douglas C. Huffer | ) |
| *Defendant/Counter-Claimant* | ) |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff, Synovus Bank recover from the defendant, Douglas C. Huffer the amount of <u>Two Hundred Fifty Thousand and 00/100</u> ($<u>250,000.00</u>) Dollars plus postjudgment interest at the rate of <u>0.09</u> %.

■ other: summary judgment is entered for the plaintiff, Synovus Bank against defendant, Douglas C. Huffer as to its claims for liability regarding the August Loan and attorney's fees and as to defendant's counterclaim for breach of contract and these claims are dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Court Judge presiding.  The court having granted plaintiff's  motion for summary judgment and reviewed the confession of judgment and directed entry of judgment.

Date:   March 19, 2021                                                              *CLERK OF COURT*

                                                                                                          s/Angie Snipes
                                                                                            _____
                                                                                            *Signature of Clerk or Deputy Clerk*